**Mirna Argentina BAIRES–HERNANDEZ,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–73494.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2012.*

Filed Dec. 28, 2012.

Albert C. Lum, Sr., Esquire, Law Office of Albert C. Lum, Pasadena, CA, for Petitioner.

Bernard Joseph, OIL, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Mirna Argentina Baires–Hernandez, a native and citizen of El Salvador, petitions

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision denying her applications for relief from deportation. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for substantial evidence, *Ramos v. INS*, 246 F.3d 1264, 1266 (9th Cir.2001), we deny the petition for review.

Substantial evidence supports the BIA's determination that Baires–Hernandez is statutorily barred from establishing the good moral character required for suspension of deportation and voluntary departure because she voluntarily gave false testimony under oath at an interview with an asylum officer in 2007 with the subjective intent to obtain an immigration benefit. *See* 8 U.S.C. § 1101(f)(6); *Ramos*, 246 F.3d at 1266.

Baires–Hernandez's contention that her false testimony was the result of ineffective assistance of counsel provided by an immigration consultant she knew was not a lawyer is foreclosed by our decision in *Hernandez v. Mukasey*, 524 F.3d 1014, 1020 (9th Cir.2008) (holding that knowing reliance upon the advice of a non-attorney cannot support a claim for ineffective assistance of counsel in a removal proceeding).

**PETITION FOR REVIEW DENIED.**